UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY LOUIS PORTER

v.                                              Case No. 8:11-cr-281-T-24-TBM
                                                                             8:12-cv-2175-T-24TBM

UNITED STATES OF AMERICA

_____/

**<u>ORDER</u>**

Petitioner has filed a § 2255 motion, in which he alleges as one of his grounds for relief that his attorney failed to file an appeal after being directed to do so. The Court directed the Government to file a response to Petitioner's § 2255 motion by November 19, 2012. (CV Doc. No. 4).

Currently pending before the Court is the Government's Motion Requesting an Order Requiring Former Defense Counsel to Disclose Substance of Communications, Provide Affidavits, and to Continue the Deadline for the Government's Response to Petitioner's § 2255 Motion. (CV Doc. No. 7). Upon consideration, it is ORDERED AND ADJUDGED that the motion is **GRANTED** as follows:

(1)      The deadline for the Government's response to Petitioner's § 2255 motion is extended to December 17, 2012. Petitioner may file a reply brief by January 18, 2013.

(2)      With respect to Petitioner's claim in his § 2255 motion of ineffective assistance of counsel due to counsel's alleged failure to file an appeal as directed, the Court

concludes that the attorney-client privilege has been waived.  Therefore, Petitioner's trial counsel, Assistant Federal Public Defender Jenny Devine, is directed to respond to the Government's requests for records and affidavits relating this specific ineffective assistance of counsel issue.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of October, 2012.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Petitioner
AFPD Jenny Devine